(No. 3742

CHARLES STIH AND THERESA STIH, Claimants, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed September 18, 1947.*

JAMES E. MALONE, JR., for claimants.

GEORGE F. BARRETT, Attorney General, and C. ARTHUR NEBEL, Assistant Attorney General, for respondent.

ECKERT, C. J.

The claimants, Charles Stih and Theresa Stih are the owners as joint tenants of the following described real estate:

Lot Three (3) in Block Three (3) in Lapsley's Addition to LaSalle, in the City of LaSalle, County of LaSalle and State of Illinois, excepting coal and mineral rights.

This property lies immediately south of, and fronts to the north, on Fifth Street, and is improved with a dwelling house and a small frame building, formerly used for a retail grocery store. When the buildings were constructed, they were adapted to the then established grades and curb lines of Fifth Street, so that there was free access to the premises from the street.

On September 10, 1940, a highway improvement on Fifth Street, known as State Bond Issue Route 7, Construction Section 34, City of LaSalle, LaSalle County, Illinois, was begun by the respondent, and was completed on July 2, 1941. The improvement consisted of a new concrete pavement of variable width which raised the grade of Fifth Street abutting the claimants' property, three to four feet. A retaining wall was also erected, and a pipe fence, so that direct access from claimants property to the street was cut off. Claimants allege that as a result of the construction of this improvement, this propery has been damaged to the extent of $2,000.00.

From the testimony of expert witnesses, from photographs taken of the property both before and after the improvement, it is clear that the raising of the highway level has lessened the value of this property. Commissioner East, who viewed the premises, recommends an award in the sum of $1,000.00. The court is of the opinion that the record amply supports such recommendation.

An award is, therefore, entered in favor of claimants, Charles Stih and Theresa Stih, in the sum of $1,000.00.